UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20786-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

ELIZABETH GONZALEZ,

        Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on the Government's Petition for Warrant or Summons for Offender Under Supervision. DE 46.

The matter was referred to Magistrate Judge O'Sullivan, who on March 22, 2007 issued a Report recommending the revocation of Defendant's supervised release based on Defendant's violation of two supervised release conditions. *See* DE 57. The parties have not objected to the Report.

The Court, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 57) is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this \_1\_ day of ~~April~~ May 2007.

                                    _____
                              For URSULA UNGARO
                                  UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record